IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
DONALD HOWARD and            )
GLORIA HOWARD,               )
                             )
    Plaintiffs,              )
                             )      CIVIL ACTION NO.
    v.                       )       3:09cv721-MHT
                             )            (WO)
AMERICAN GENERAL FINANCE     )
CORPORATION,                 )
                             )
    Defendant.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant American General Finance Corporation's motion to stay judicial proceedings and compel arbitration (doc. no. 17) is granted.

(2) Plaintiffs Donald and Gloria Howard are ENJOINED and RESTRAINED from failing forthwith to arbitrate their claims against defendant American General Finance Corporation.

It is further ORDERED that costs are taxed against the Howard plaintiffs, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 15th day of October, 2009.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE