IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| DONALD HOWARD and  <br>GLORIA HOWARD, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | CIVIL ACTION NO. |
| v. | ) <br> ) | 3:09cv721-MHT <br> (WO) |
| AMERICAN GENERAL FINANCE  <br>CORPORATION, a foreign  <br>corporation, et al., | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 25), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Trans Union, LLC, and the claims against it are dismissed with prejudice, with the parties to bear their own costs, attorneys' fees, and expenses.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 16th day of October, 2009.

                                         /s/ Myron H. Thompson  
                                UNITED STATES DISTRICT JUDGE