IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


DONALD HOWARD and          )
GLORIA HOWARD,             )
                           )
     Plaintiffs,           )
                           )        CIVIL ACTION NO.
     v.                    )          3:09cv721-MHT
                           )             (WO)
AMERICAN GENERAL FINANCE   )
CORPORATION, a foreign     )
corporation, et al.,       )
                           )
     Defendants.           )

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court
that the motion to dismiss (doc. no. 30) is granted and
that defendant Experian Information Solutions, Inc., and
the claims against it are dismissed with prejudice, with
the parties to bear their own costs, attorneys' fees, and
expenses.

The clerk of the court is DIRECTED to enter this
document on the civil docket as a final judgment pursuant
to Rule 58 of the Federal Rules of Civil Procedure.

The clerk of the court may close this case.

DONE, this the 10th day of February, 2010.

                /s/ Myron H. Thompson
           UNITED STATES DISTRICT JUDGE